```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,       *
                                *
    Plaintiff,                  *
                                *
V.                              * CR. NO.
SUSAN DENISE FULMER, et. al.,   * 2:05CR297-A
                                *
    Defendants.                 *
```

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his appearance as retained counsel for defendant Susan Denise Fulmer.

Respectfully submitted this 9th day of January, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
Susan Denise Fulmer
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101

                                        Respectfully submitted,

                                        <u>s /Jeffery C. Duffey</u>
                                        JEFFERY C.  DUFFEY
                                        Attorney for Defendant
                                        Susan Denise Fulmer