IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR. NO.: 2:05cr297-WHA
                                  )
SUSAN DENISE FULMER               )


## ORDER

Defendant, SUSAN DENISE FULMER ["Fulmer"], has not been arraigned on the pending indictment.  Jeffery C. Duffey, Esq. represents co-defendant Edward Donald Fulmer, who is Fulmer's husband.  Mr. Duffey has represented to the court that he intends to represent Fulmer and her husband in this case.

Accordingly, it is ORDERED as follows:

1.      Fulmer shall appear for special arraignment on 30 January 2006 at 3:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2.      Immediately following her arraignment, and pursuant to F. R. Civ. Pro. 44(b)(2), the court shall conduct a Rule 44 hearing to explore Mr. Duffey's joint representation of the defendants.

3.      Mr. Duffey is DIRECTED to confer with the assigned Assistant United

States Attorney before the hearing to determine and clarify the government's position on the joint representation.

The United States Marshal is DIRECTED to produce Fulmer for the heraring, and defendant Edward Donald Fulmer is DIRECTED to be present as well.

DONE this 27th day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE