COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                              DATE:   1/30/06
❏ BOND HEARING
❏ DETENTION HEARING                               DIGITAL Recording : 3:00 - 3:06
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT                                     Court Reporter:

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda Robinson
CASE NO.    2:05cr297-WHA                         DEFENDANT NAME: Susan Donald Fulmer
AUSA: Tommie D. Hardwick                          DEFT. ATTY:  Jeff Duffey
                                                  Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO:  Ron Thweatt                                USPO: _____

Defendant ( ) does; (√)does NOT need an interpreter
Interpreter present   (√) NO; ( ) YES       Name:

_____

| | | |
|---|---|---|
| √ | Date of Arrest 1/30/06  or ❏ Arrest Rule 40 | |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator | |
| ❏ | Deft First Appearance with Counsel | |
| ❏ | Deft. First Appearance without Counsel | |
| ❏ | Requests appointed Counsel | |
| ❏ | Financial Affidavit executed  *ORAL MOTION FOR APPT OF COUNSEL* | |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher | |
| √ | Deft. Advises he will retain counsel. √ Has retained Jeffery Duffey | |
| ❏ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed | |
| ❏ | Detention Hearing ❏ held; ❏set for | |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered | |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered | |
| ❏ | Release order entered.  Deft advised of conditions of release | |
| ❏ | BOND EXECUTED (M/D AL charges) $. | |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered | |
| √ | Bond not executed.  Defendant to remain in Marshal's custody | |
| ❏ | Deft. ORDERED REMOVED to originating district | |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing | |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury | |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.   Set for | |
| √ | DISCOVERY DISCLOSURE DATE:  1/30/06 | |
| √ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| √ | WAIVER of Speedy Trial.   CRIMINAL TERM: 6/26/06 | |

                    Pretrial: 2/27/06