IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CR.NO.:2:05cr297-WHA |
| | * | |
| SUSAN DENISE FULMER, | * | |
| | * | |
| Defendant. | * | |

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Susan Denise Fulmer, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

1-30-06
Date

Susan D. Fulmer
Susan Denise Fulmer
Defendant

Jeffery C. Duffey
Attorney for Defendant
600 South McDonough Street
Montgomery, AL 36104
Phone: (334)834-4100
Fax: (334)834-4101