| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/27/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:09 - 9:11 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:05cr297-WHA | **DEFENDANT(S):** Edward Donald Fulmer<br>Susan Denise Fulmer<br>William Barry Gorman<br>Joyce Renee King |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * | Jeffery Duffey (Fulmers) |
| | | Robin Konrad (Gorman) |
| | | James R. Cooper, Jr. (King) |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     NONE

☐ **PLEA STATUS:**     Fulmer will not go to trial
     King possible trial (Uncertain)
     Gorman likely trial until further notice

☐ **TRIAL STATUS**
     2 Days for Trial with just 2 defendants or all 5 defendants

☐ **REMARKS:** Government will go forward on trial on King and Gorman if Mr. Mosley is still at large

**Counsel for Defendant King and Gorman do not have a problem with trial without Mr. Mosley**
**If Defendant chooses to Plea, Please notifiy court as soon as possible for the scheduling of change of plea**