```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,         *
                                  *
     Plaintiff,                   *
                                  *
V.                                *  CR. NO.
SUSAN DENISE FULMER, et. al.,     *  2:05CR297-WHA
                                  *
     Defendants.                  *
```

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant Susan Denise Fulmer, by counsel, and hereby gives notice to the court of intent to change her plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 5th day of May, 2006.

<u>s/Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant
Susan Denise Fulmer
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

s /Jeffery C. Duffey
JEFFERY C.  DUFFEY
Attorney for Defendant
Susan Denise Fulmer