MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr297-WHA*   **DEFENDANT NAME:** *Edward Donald Fulmer*

*Susan Denise Fulmer*

**AUSA:** *Susan Redmond*   **DEFENDANT ATTY:** *Jeffery Duffey*

Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** Jacquelyn Caple

Defendant _____ does __x__ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES  Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                                  ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

   √ Count(s) __1__ of the Felony Indictment.

   √ Count(s) __2__ ❏ dismissed on oral motion of USA;

   √ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.**

— _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

√ — **ORDER:** Defendant **Edward Donald Fulmer** Continued under √ same bond ;

   ❏ Trial on _____ ;  √ Sentencing on _____  √ to be set by Separate Order

√ — **ORDER:** Defendant **Susan Denise Fulmer** remanded to custody of U.S. Marshal for completion of Sentence on another case; thereafter Defendant will be released on bond:

   √ Posting a $ 25,000 Bond on 5/30/06 before Magistrate Judge McPherson (No Need for the Government to be present). Defendant will be released on 5/30/06 until Sentencing for which date and time will be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.