AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

v.

SUSAN DENISE FULMER

**NOTICE**

CASE NUMBER: 2:05cr297-WHA

TYPE OF CASE:

☐ CIVIL    x CRIMINAL

x **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court<br>Montgomery, AL | Courtroom 5-A |
| | DATE AND TIME |
| | 5/30/06 @ 10:00 a.m. |

TYPE OF PROCEEDING

Bond Hearing

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

5/26/06
DATE

(BY) DEPUTY CLERK

TO: