```
       IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **SUSAN DENISE FULMER,** | * 2:05CR297-WHA |
| | * |
| **Defendant.** | * |

### Motion to Substitute Attorney

Comes now undersigned counsel for Susan Denise Fulmer, and request that Denise A. Simmons, an attorney, be allowed to substitute for undersigned counsel at the Bond Hearing set for May 30, 2006 at 10:00 a.m.  Undersigned counsel has previously scheduled to be in Jacksonville, Florida on May 30, 2006.  Defendant does not object to the substitution of counsel for the limited purpose of the May 30, 2006 hearing. Denise Simmons, Esq. has agreed to appear as substitute counsel by her electronic signature appearing on this motion.

Respectfully submitted this 26th day of May, 2006.

                                      <u>s/Jeffery C. Duffey</u>
                                      JEFFERY C.  DUFFEY
                                      Attorney for Defendant
                                      Susan Denise Fulmer
                                      600 South McDonough Street
                                      Montgomery, AL  36104
                                      Phone: 334-834-4100
                                      Fax: 334-834-4101

        email: jcduffey@aol.com
        Bar No.  ASB7699F67J


        s/Denise A. Simmons
        Denise A. Simmons
        600 So. McDonough St.
        Montgomery, Al. 36104
        Tele. 334-269-3330
        Fax. 334-263-4888
        Email: Dsimlaw@aol.com
        Bar No. ASB5019I32D


**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101

        Respectfully submitted,

        s /Jeffery C. Duffey
        JEFFERY C.  DUFFEY
        Attorney for Defendant
        Susan Denise Fulmer