```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
                                 *
     Plaintiff,                  *
                                 *
V.                               * CR. NO.
SUSAN DENISE FULMER,             * 2:05CR297-WHA
                                 *
     Defendant.                  *
```

**Order**

The motion for substitute attorney filed by Jeffery C. Duffey, as attorney for Susan Denise Fulmer, to allow Denise A. Simmons to appear as substitute attorney for Susan Denise Fulmer at the May 30, 2006 Bond Hearing is granted.

Done this _____ day of May, 2006.


                              _____
                              United States Magistrate Judge