IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr297-WHA |
| | ) | |
| SUSAN DENISE FULMER | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Motion to Substitute Attorney (Document # 103) filed 26 May 2006 is GRANTED. Denise A. Simmons, Esq. shall appear as counsel for the defendant on 30 May 2006 for the bond hearing only.

DONE this 30th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE