**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ❐ INITIAL APPEARANCE | DATE: 5/30/06 |
| √ BOND HEARING | |
| ❐ DETENTION HEARING | DIGITAL Recording : 10:03 - 10:10 |
| ❐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❐ REMOVAL HEARING (R.40) | |
| ❐ ARRAIGNMENT | |

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON     **DEPUTY CLERK:** Wanda Robinson
**CASE NO.** 2:05cr297-WHA     **DEFENDANT NAME:** Susan Denise Fulmer
**AUSA:** Presence Not Required     **DEFT. ATTY:** Denise A. Simmons (Sub for Atty. Jeff Duffey

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Ron Thweatt     **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES     Name:

___

| | |
|---|---|
| ❐ | Date of Arrest or ❐ Arrest Rule 40 |
| ❐ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| ❐ | Deft First Appearance with Counsel |
| ❐ | Deft. First Appearance without Counsel |
| ❐ | Requests appointed Counsel |
| ❐ | Financial Affidavit executed  *ORAL MOTION FOR APPT OF COUNSEL* |
| ❐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel.  Has retained |
| ❐ | ❐ Government's ORAL  Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐set for |
| ❐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❐ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | **BOND EXECUTED (M/D AL charges)** $. 25,000 |
| ❐ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ❐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❐ | Deft. **ORDERED REMOVED** to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury |
| ❐ | **ARRAIGNMENT** ❐HELD. Plea of NOT GUILTY entered. ❐ Set for |
| ❐ | DISCOVERY DISCLOSURE DATE: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❐ | **WAIVER** of Speedy Trial.  **CRIMINAL TERM:** |