IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| SUSAN DENISE FULMER, et. al., | * 2:05CR297-WHA |
| | * |
| Defendants. | * |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now the defendant Susan Denise Fulmer, by and through undersigned counsel, and submits the following:

1. The above styled case has been set for sentencing September 26, 2006 at 9:00 a.m.

2. There have developed some complicated issues regarding the presentence report for which counsel needs additional time to research. In addition there are matters currently pending in the Family Court of Montgomery County, Alabama, Juvenile Division, regarding the defendant and defendant's children that counsel believes is relevant to the defendant's sentencing proceedings. There is a hearing set in Juvenile Court on October 3, 2006 at 10:00 a. m. on certain matters involving the defendant and the children. Counsel has had difficulty in obtaining records because of certain state confidentiality laws in juvenile cases (12-15-100, 101, Ala. Code)(Undersigned counsel is not counsel of record for any

party in the Juvenile proceedings), and counsel needs additional time to prepare for sentencing, to prepare documentation and to attend the October 3, 2006 hearing in Juvenile court.

3.  There are four codefendants who are also set for sentencing on September 26, 2006: Edward Fulmer who is also repesented by undersigned counsel and who has filed a similar motion to continue this date; William Barry Gorman represented by John Poti, Esq.; Joyce Rene King represented by Jim Cooper, Esq.; and Jeffrey Scott Moseley represented by Robin Konrad, Esq. The Government is represented by AUSA Susan Redmond, Esq.. Undersigned counsel has spoken with all counsel for all parties regarding this request for continuance.  None of the parties oppose the request for continuance except for the following: it is the Government's position that all defendants should be sentenced the same date, and the Government is only available in October during the week of October 9-13, 2006; Jim Cooper, counsel for Joyce Rene King, is only available October 10, 11, 12 and 13, 2006.  Other counsel are available October 10-13, 2006.

WHEREFORE because of the above defendant Susan Fulmer requests that the sentencing be continued and reset on either October 10, 11, 12 or 13, 2006.

Respectfully submitted this 13th day of September, 2006.

s/Jeffery C. Duffey  
JEFFERY C. DUFFEY  
Attorney for Defendant  
Susan Fulmer  
600 South McDonough Street  
Montgomery, AL 36104  
Phone: 334-834-4100  
Fax: 334-834-4101  
email: jcduffey@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the appropriate parties.

Respectfully submitted,

s /Jeffery C. Duffey  
JEFFERY C. DUFFEY  
Attorney for Defendant  
Susan Fulmer  
600 South McDonough Street  
Montgomery, AL 36104  
Phone: 334-834-4100  
Fax: 334-834-4101  
email: jcduffey@aol.com  
Bar No. ASB7699F67J
