**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 2:05CR000297 |
| v. | ) |
| | ) |
| **SUSAN DENISE FULMER,** | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                         LEURA G. CANARY
                         UNITED STATES ATTORNEY

                         /S/ R. Randolph Neeley
                         R. RANDOLPH NEELEY
                         Assistant United States Attorney
                         Bar Number: 9083-E56R
                         Attorney for Plaintiff
                         Post Office Box 197
                         Montgomery, AL 36101
                         Telephone:  (334) 223-7280
                         Facsimile:   (334) 223-7201
                         E-Mail: rand.neeley@usdoj.gov

JUDGMENT DATED:   October 11, 2006

DATED:   October 22, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Susan Fulmer, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 22nd day of October, 2007.

Ms. Susan Fulmer
8410 Ryan Road
Montgomery, AL 36117

/S/ R. Randolph Neeley
ASSISTANT U.S. ATTORNEY